# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**RONDA CUE**                                                                    **PLAINTIFF**


**VS.**                          **CASE NO. 1:11CV00066  HDY**


**MICHAEL J. ASTRUE, Commissioner,**
    **Social Security Administration**                              **DEFENDANT**


## JUDGMENT


It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is

dismissed with prejudice.  The relief sought is denied.

DATED this  _2___ day of February, 2012.


_____
UNITED STATES MAGISTRATE JUDGE